1 | DANIEL J. BRODERICK
    | Federal Defender
2 | LAUREN D. CUSICK, Bar #FL 0014255
    | Assistant Federal Defenders
3 | 801 I Street, 3rd Floor
    | Sacramento, California 95814
4 | Telephone: (916) 498-5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-473-LKK |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO REMOVE ARRAIGNMENT FROM CALENDAR AND WAIVE TIME FOR ARRAIGNMENT |
| SHERRI RATLIFF, | ) | |
| Defendant. | ) | |

Defendant Sherri Ratliff was indicted on October 9, 2008 and a summons for her appearance was issued. The arraignment date is set for October 31, 2008 before the Honorable Kimberly J. Mueller at 2:00 p.m. Counsel for the defendant has accepted service of the summons and the United States has provided discovery and a plea agreement. As the defendant lives approximately five hours to the north of Sacramento, the parties believe that it is more efficient and less costly for the defendant to waive time for arraignment and appear before the district court to enter her plea of guilty. The defendant waives time for arraignment and is set to appear before the Honorable Lawrence K. Karlton on November 12, 2008 at 9:15 a.m.

1     The parties respectfully request that this matter be removed
2  from the magistrate court's October 31 calendar.

                                    Respectfully submitted,

5  DATE: October 28, 2008            McGREGOR W. SCOTT
                                     United States Attorney

                              By:    /s/ Ellen Endrizzi
7                                    ELLEN ENDRIZZI
                                     Assistant U.S. Attorney

9  DATE: October 28, 2008            DANIEL J. BRODERICK
                                     Federal Defender

                              By:    /s/ Lauren D. Cusick
11                                   LAUREN D. CUSICK
                                     Assistant Federal Defender

14                            **O R D E R**

15  **IT IS SO ORDERED.**

17  DATE: October 28, 2008
                                     _____
                                     U.S. MAGISTRATE JUDGE